UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICKY RIOJAS, Individually and For Others Similarly Situated,<br><br>v.<br><br>BARRIERE CONSTRUCTION COMPANY, LLC | Case No. 2:17-cv-00758<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE NORTH |

### ORDER

Considering the Joint Motion to Approve Settlement (ECF No. 42), **IT IS HEREBY ORDERED** that:

(1) The Joint Motion to Approve Settlement is **GRANTED**. The proposed settlement between Defendant, Barriere Construction Company, LLC ("Barriere"), Plaintiff Ricky Riojas, and the eight identified potential Class Members who elect to participate (collectively "the Settling Plaintiffs"), is hereby approved as set forth in the Joint Motion to Approve Settlement;

(2) The terms of the settlement and transaction of the settlement between Barriere and the Settling Plaintiffs shall occur as provided for in the Settlement Agreement (ECF No. 41), which was filed under seal for review and approval *in camera*;

(3) Plaintiffs' counsel shall mail and email a copy of an approved Notice packet (including the Receipt and Release) to Mr. Riojas and each potential Class Member within 7 days of the entry of this Order. Mr. Riojas and the potential Class Members must postmark, fax or return by email / docusign the executed Receipt and Release to Plaintiff's Counsel within 60 days after the date the forms are mailed and emailed ("Claim Filing Date"). Before the Claim Filing Date, the Notice packet will be re-sent to all potential Class Members who have not yet responded as a reminder. Within 15 calendar days after the close of the Claim Filing Date, Plaintiff's Counsel shall provide Barriere with original copies of all executed Receipt and Releases that were timely submitted by Mr. Riojas and

- 2 -

potential Class Member(s). Within 20 calendar days from Barriere's receipt of the original copies of all executed Receipts and Releases that were timely submitted by Riojas and potential Class Members, Barriere will issue the payments under the Settlement Agreement. Within 30 days of the payments being made, the parties will jointly move for an Order dismissing this case and the Settling Plaintiffs' claims with prejudice.

New Orleans, Louisiana this 20th day of July, 2017.

_____
SUSIE MORGAN
UNITED STATES DISTRICT JUDGE

2948611-1